## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Adam Frank
Camp C, Tiger 3-L-6
DOC No. 213548
Louisiana State Pentientiary
Angola LA 70712

**REHEARING ACTION: September 15, 2010**

**Docket Number: 10   00499-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ADAM FRANK**

**Writ Application from ST. LANDRY Parish Case No. 03K0233**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Adam Frank, Jr.** has this day been

    **DENIED.**

cc: Earl B. Taylor, Counsel for  the Respondent